**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Felemond NAVA–BANUELOS, aka**
**Filemon Nava–Banuelos,**
**Defendant—Appellant.**

No. 01–30411.

D.C. No. CR–00–00262–TSZ.

United States Court of Appeals,
Ninth Circuit.

Submitted June 9, 2003.*

Decided June 13, 2003.

Before RYMER, THOMAS and SILVERMAN, Circuit Judges.

MEMORANDUM **

Felemond Nava–Banuelos appeals his guilty-plea conviction and 188–month sentence for conspiracy to distribute heroin in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 846.

---

6. See id. at 1185–86.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Nava–Banuelos has filed a brief stating that there are no meritorious issues for review, and a motion to withdraw as counsel of record. Nava–Banuelos has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no further issues for review. Counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.